## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE EMPLOYMENT LAW GROUP, P.C., <br><br>      Plaintiff, <br><br>      v. <br><br> DENNIS BRADY D/B/A SAN DIEGO EMPLOYMENT LAW GROUP, <br><br>      Defendant. | Civil Action No. 20-1852 (JDB) |

## <u>ORDER</u>

Upon consideration of [25] defendant's motion to dismiss under Rules 12(b)(2), 12(b)(3), and 12(b)(6), or, in the alternative, to transfer the case pursuant to 28 U.S.C. § 1404(a), and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion to dismiss for lack of personal jurisdiction under Rule 12(b)(2) is **GRANTED IN PART**; it is further

**ORDERED** that the Clerk of Court shall **TRANSFER** this action to the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1406(a); it is further

**ORDERED** that defendant's motion to dismiss for improper venue under Rule 12(b)(3) is **DENIED AS MOOT**; it is further

**ORDERED** that defendant's alternative motion for transfer under 28 U.S.C. § 1404 is **DENIED AS MOOT**; and it is further

**ORDERED** that defendant's motion to dismiss for failure to state a claim under Rule 12(b)(6) will remain pending once this case is docketed in the Southern District of California.

**SO ORDERED**.

_____
/s/
JOHN D. BATES
United States District Judge

Dated: <u>January 4, 2022</u>